**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Local 589, Amalgamated Transit Union et al
                        Plaintiff

                                                    CIVIL ACTION

                V.
                                                    NO.  16-12488-ADB
                                                    1:17-cv-11620-ADB
                                                    1:16-cv-12489-ADB
                                                    1:16-cv-12485-ADB
                                                    1:16-cv-12484-ADB
                                                    1:16-cv-12483-ADB
                                                    1:16-cv-12486-ADB

MBTA
                        Defendant


**ORDER OF DISMISSAL**


Burroughs, D. J.


        In accordance with the Court's Final Approval Order dated  01/25/2019    it is

hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                            By the Court,


 1/25/2019                                   /s/ Christina McDonagh
        Date                                Deputy Clerk